DOA 11-10-16

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Garcia-Rendon,<br>A098 006 382<br>_Defendant_ | )<br>)<br>) Case No. 16-8489MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 10, 2016, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Juan Garcia-Rendon, an alien, was found in the United States of America, at or near Eloy, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Nogales, Arizona, on or about July 27, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Brooke T. Afshari for AUSA Sheila Philips

☒ Continued on the attached sheet.

_Complainant's signature_
Sheldon W. Schmitt
U.S. Border Patrol Agent
_Printed name and title_

Sworn to before me ~~and signed in my presence~~ telephonically.

Date: 11/11/16 10:15 AM

_Judge's signature_
John Z. Boyle
United States Magistrate Judge
_Printed name and title_

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Sheldon W. Schmitt, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 10, 2016, Border Patrol Agent B. Worsencroft encountered an individual near Eloy, in the District of Arizona. The Agent identified himself as a Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Juan Garcia-Rendon, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Garcia-Rendon was transported to the Casa Grande Border Patrol Station for further processing. Garcia-Rendon was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Juan Garcia-Rendon to be a citizen of Mexico and a previously deported alien. Garcia-Rendon was removed from the United States to Mexico through Nogales, Arizona, on or about July 27, 2016, pursuant to the reinstatement of a removal order issued by an immigration judge. There is no record of Juan Garcia-Rendon in any Department of Homeland Security database to suggest

1

that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Garcia-Rendon's immigration history was matched to him by electronic fingerprint comparison.

4. On November 10, 2016, Juan Garcia-Rendon was advised of his constitutional rights. Garcia-Rendon stated that he acknowledged his rights and agreed to make a statement under oath without a lawyer present. Garcia-Rendon stated that his true and complete name is Juan Garcia-Rendon and that he is a citizen of Mexico and of no other country. Garcia-Rendon stated that he illegally entered the United States at or near Sasabe, Arizona, on or about November 5, 2016 at around 3:00 pm, without inspection by an immigration officer. Garcia-Rendon further stated that he had been previously removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about November 10, 2016, Juan Garcia-Rendon, an alien, was found in the United States of America, at or near Eloy, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about July 27, 2016, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a).

_____
Sheldon W. Schmitt
U.S. Border Patrol Agent


Sworn to and subscribed ~~before me~~ TELEPHONICALLY
this 11 day of November, 2016.

_____
John Z. Boyle
United States Magistrate Judge

3